DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUINN JAMES-COOPER,**
Appellant,

v.

**CLAUDIA RUESTA,**
Appellee.

No. 4D2025-0005

[March 19, 2026]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Francis Viamontes, Judge; L.T. Case No. FMCE-24-009521.

Stephen V. Iacullo of Iacullo Law, Fort Lauderdale, for appellant.

Allison M. Perry of Florida Appeals, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***